WAYNE JOHNSON SBN 112588
ATTORNEY AT LAW
P.O. BOX 19157
OAKLAND, CA 94619
(510) 451-1166

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELTON LLOYD

Plaintiff(s),

v.

CITY OF OAKLAND, ET AL

Defendant(s).

No. C C08-02942 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

ADR

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 3, 2008

Signature [signature]

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")

United States District Court
For the Northern District of California