1  WAYNE JOHNSON, SBN: 112588
2  LAW OFFICE OF
3  P.O. BOX 19157
4  OAKLAND, CA 94619
   E-filing

6        UNITED STATES DISTRICT COURT

7        NORTHERN DISTRICT OF CALIFORNIA

8

9  ELTON LLOYD                    No. C  C08-02942

           Plaintiff(s),          CONSENT TO PROCEED BEFORE A
10                                 UNITED STATES MAGISTRATE JUDGE

11      v.

12  CITY OF OAKLAND, ET AL

13           Defendant(s).
                              /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: July 3, 2008                    _____
                                           Signature
22
                                           Counsel for PLAINTIFF
23                                         (Plaintiff, Defendant or indicate "pro se")

EMC

ADR

United States District Court

For the Northern District of California

Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ELTON LLOYD,

     PLAINTIFF,

     v.

OAKLAND POLICE OFFICERS H. JOSHI,
M. MCGIFFERT, AND OAKLAND
POLICE  OFFICERS WHOSE NAMES
ARE NOT KNOWN TO PLAINTIFFS AT
THIS TIME,  INDIVIDUALLY, AND IN
THEIR CAPACITIES AS EMPLOYEES OF
THE CITY OF OAKLAND,  THE CITY OF
OAKLAND, AND DOES 1-10,

     DEFENDANT.
_____/

CIVIL NO:  C 08-2942 EMC

DECLARATION OF WAYNE JOHNSON
RE: MISTAKE IN FILING
REQUEST FOR RE-ASSIGNMENT

     I, WAYNE JOHNSON, declare:

     1.     On July 3, 2008, I accidentally removed the incorrect form from the consent to proceed before a Magistrate / request for re-assignment to a Judge, packet, completed it and filed it.

     2.     I had intended and planned all along to consent to the Magistrate.

\\\

     3.     I am filing a consent to proceed before the Magistrate along with this declaration.

DECLARATION OF WAYNE JOHNSON    - 1 –

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: <u>July 19, 2008</u>

/s

_____
By:   Wayne Johnson
Attorney for Plaintiff