1  WAYNE JOHNSON, SBN: 112588
2  LAW OFFICE OF
3  P.O. BOX 19157
4  OAKLAND, CA 94619

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELTON LLOYD

  Plaintiff(s),

v.

CITY OF OAKLAND, ET AL

  Defendant(s).

No. C  C08-02942

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

EMC

ADR

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 3, 2008

Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")