AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ELTON LLOYD <br> Plaintiff <br> v. <br> OAKLAND POLICE OFFICERS H. JOSHI, ET AL. <br> Defendant | ) ) ) ) ) ) Civil Action No.   CV 08-02942 EMC |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

**see attachment**

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wayne Jerome Johnson, Attorney At Law, P.O. Box 19157, Oakland, CA 94619

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

Name of clerk of court

*[signature]*
Deputy clerk's signature

Date: 7.22.08

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_0.00\_\_\_\_ .

Date: _____

                                              _____
                                                             Server's signature

                                              _____
                                                           Printed name and title

                                              _____
                                                             Server's address

**Attachment to Civil Summons**
**Case No. C 08-2942 EMC**

H. Joshi
Oakland Police Department
455 Seventh Street
Oakland, CA 94607

M. McGiffert
Oakland Police Department
455 Seventh Street
Oakland, CA 94607

City of Oakland
Oakland City Attorney's Office
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, CA 94612