1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-6392        Fax:  (510) 238-6500
5  26243/521746

6  Attorneys for Defendants
7  CITY OF OAKLAND, et al.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11  ELTON LLOYD,                          Case No.  CV-08-02942-MHP
12
              Plaintiff,                  STIPULATION AND ~~PROPOSED~~
13                                        ORDER TO CONTINUE INITIAL
       v.                                 CASE MANAGEMENT CONFERENCE
14
15  OAKLAND POLICE OFFICERS H. JOSHI,     * AS AMENDED BY COURT
    ET AL.
16
              Defendants.
17

18
19         It is hereby stipulated by the parties, through their respective counsel,
20  that the Case Management Conference presently scheduled for Monday, October 6, 2008
                                    **December 1**
21  be continued to Monday, ~~October 20,~~ 2008 at 4:00 p.m. in the United States District
22  Court, Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, California
23  94102.  The parties further agree to file their Joint Case Management Statement with the
                             **November 21,**
24  Court no later than ~~October 10,~~ 2008, and to complete initial disclosures or state objection
                                        **November 21,**
25  in Rule 26(f) report no later than ~~October 10,~~ 2008.
26  ///

Good cause exists for this continuance on the ground that Arlene Rosen, counsel for defendants, has a calendar conflict at the date and time currently set for the initial case management conference.

DATED: September 23, 2008         OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: _____
Attorneys for Defendants
CITY OF OAKLAND, et al.


DATED: September 22, 2008         LAW OFFICES OF WAYNE JOHNSON

By: _____
Attorney for Plaintiff
ELTON LLOYD


## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently set for Monday, October 6, 2008 at 4:00 p.m. is continued to Monday, December 1, October 20, 2008 at 4:00 p.m. The parties shall file a Joint Case Management Conference Statement and serve Initial Disclosures or state object in Rule 26(f) report no later than November 21, October 10, 2008.

DATED: 9/25/2008

_____
UNITED

IT IS SO ORDERED
Judge Marilyn H. Patel