Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ELTON LLOYD, | CIVIL NO: NO: C 08-2942 MHP |
|---|---|
| PLAINTIFF, | STIPULATION TO EXTEND 90 DAY CONDITIONAL DISMISSAL AND ORDER |
| v. | |
| H. JOSHI, ET. AL. | |
| DEFENDANTS. _____ / | |

1. Good cause appearing therefor, the parties hereby stipulate that the period to notify the court of the failure of consideration as stated in the Conditional Dismissal entered by the court on December 11, 2009, is hereby extended so that the date for notifying the court of the failure of consideration is extended up to and including May 11, 2010.

It is so stipulated.

DATED: January 23, 2010       LAW OFFICES OF WAYNE JOHNSON

                              S/
                              _____
                              WAYNE JOHNSON
                              Attorney for Plaintiff

\\\

\\\

\\\

STIPULATION TO EXTEND PERIOD FOR NOTIFYING COURT RE COND. DISM.     - 1 –

DATED: January 25, 2010        OFFICE OF THE CITY ATTORNEY

_____/S/_____
ARLENE M. ROSEN
Senior Deputy City Attorney for
Defendants CITY OF OAKLAND, et al.

ORDER

Good cause appearing therefor.

IT IS SO ORDERED.

Dated: __1/26/2010_____

_____
UNITED STATES DISTRICT JUDGE



STIPULATION TO EXTEND PERIOD FOR NOTIFYING COURT RE COND. DISM.        - 2 –