Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON LLOYD, | CIVIL NO: C 08-2942 - MHP |
| PLAINTIFF, | NOTICE OF DISMISSAL |
| v. | |
| OAKLAND POLICE OFFICERS SGT. KIRK COLEMAN, SGT. PAT GONZALES, OFFICER H. JOSHI, OFFICER M. MCGIFFERT, AND OFFICER PERRODIN INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, | |
| DEFENDANT. | |

Plaintiff hereby stipulates to dismiss the entire action with prejudice. Each party is to bear his, her, or its own fees and costs.

Dated: 2/22/2010

WAYNE JOHNSON
ATTORNEY FOR ELTON LLOYD

**STIPULATION AND ORDER RE DISMISSAL**
- 1 -

It is so stipulated.

Dated: 2/23/10

_____
ARLENE ROSEN,
ATTORNEY FOR ALL DEFENDANTS
CITY OF OAKLAND, ET AL.,

## ORDER

The entire case is dismissed with Prejudice. Each party is to bear his, her, or its own fees and costs.

IT IS SO ORDERED.

Dated: 2/24/2010



STIPULATION AND ORDER RE DISMISSAL

-2-